Chapter 7
Adversary Proceeding: 25-01104
Judge Christopher J. Panos

U.S. A.G.

## CERTIFICATE OF SERVICE

I, __Ashley Gjouile__ (name), certify that service of this summons and a copy of the complaint was made __8/4/25__ (date) by:

☑ Mail service: ~~Regular, first class~~ Certified United States mail, postage fully pre-paid, addressed to:
__AG of the US   950 Penn. Ave. NW__
__U.S. Dept. of Justice, Washington DC 20530__

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__8/4/25__
Date

__[signature]__
Signature

Print Name: __Ashley Gjouile__
~~Business~~ Address: __18 Worcester Sq Apt 1__
City: __Boston__   State: __MA__   Zip: __02118__

Chapter 7
Adversary Proceeding: 25-01104
Judge Christopher J. Panos

**CERTIFICATE OF SERVICE**

U.S. Dept. of Ed

I, __Ashley Gjovik__ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☑ ~~Certified~~ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

US Dept. of Education, GC
400 Maryland Ave SW Rm 6E300 Washington DC 20202

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

8/4/25
Date

_Ashley Gjovik_
Signature

Print Name: Ashley Gjovik
Business Address: 18 Worcester Sq Apt 1
City: Boston   State: MA   Zip: 02118

Chapter 7
Adversary Proceeding: 25-01104
Judge Christopher J. Panos

Maximus dba Advantage

# CERTIFICATE OF SERVICE

I, __Ashley Gjaule__ (name), certify that service of this summons and a copy of the complaint was made __8/4/25__ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☒ Fax — requested service via fax. (see declaration) 866-266-0178

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__8/4/25__
Date

__[Signature]__
Signature

Print Name: Ashley Gjaule
Business Address: 18 Westcastle Sq Apt 1
City: Boston  State: MA  Zip: 02118