Ashley M. Gjovik, JD
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# United States Bankruptcy Court

## District of Massachusetts

Ashley M. Gjovik,

Plaintiff.

v.

U.S. Department of Education, Maximus d.b.a. Aidvantage

Defendant.

Chapter 7 Case No: 25–11496

Adversary Proceeding Case No: 25-01104

Judge Christopher J. Panos

First Declaration of Service

# DECLARATION OF SERVICE

1.      I, Ashley Marie Gjovik, declare under penalty of perjury that the following is true and correct:

## SERVICE ON UNITED STATES GOVERNMENT

2.      Pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(4) and Federal Rule of Civil Procedure 4(i), service upon the United States Government requires service upon: (1) the United States Attorney General, (2) the United States Attorney for this district, and (3) the officer or agency being sued.

### 1.  SERVICE ON UNITED STATES ATTORNEY GENERAL

3.      **COMPLETED:** On July 31, 2025, I served a copy of the Summons and Complaint upon the United States Attorney General by Certified Mail addressed to: U.S. Department of Justice, Washington, DC 20530. The USPS Tracking Number is 9589071052702027293080 and it was noted as delivered August 4, 2025 at 8:11 AM to "front desk/reception/mail room." (Exhibit A).

### 2.  SERVICE ON U.S. DEPARTMENT OF EDUCATION

4.      **COMPLETED:** On July 31, 2025, I served a copy of the Summons and Complaint upon the U.S. Department of Education by certified mail  addressed to: U.S. Department of Education, Washington, DC 20202. The USPS Tracking Number is 9589071052702027293073 and it was delivered August 4, 2025 at 8:11 AM to "individual picked up at post office." (Exhibit B).

### 3.  SERVICE ON UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS

5.      **PENDING:** Service upon U.S. Attorney Leah B. Foley is currently being attempted through personal service via process server (ABC Legal Case #nb-11748). The service was purchased and scheduled on July 29 2025 but the service provider has not yet completed service. The delays in service were escalated to the provider on August 1 and August 4 2025. ABC Legal stated service was attempted once and will be reattempted.

6.     If personal service is not completed by end of business today, August 4, 2025, Certified Mail service will be initiated by Plaintiff tomorrow, August 5, 2025, by depositing the summons and complaint with USPS for Certified Mail, to ensure service initiation is completed within the statutory seven-day window from filing.

# SERVICE ON MAXIMUS D.B.A. AIDVANTAGE

7.     **ALTERNATIVE SERVICE REQUIRED:** Initial Certified Mail service to Aidvantage was attempted on July 31, 2025, to: Aidvantage - U.S. Department of Education Loan Servicing, P.O. Box 9635, Wilkes-Barre, PA 18773.[1] USPS Tracking Number: 9589071052702027293264. It was returned to sender on August 2, 2025, marked *"Moved, Left no Address."* On August 4, 2025, I have contacted Aidvantage directly regarding the service address and Aidvantage confirmed they no longer use their published address noted and provided a new address. Aidvantage also waived the requirement for Certified Mail and authorized service via Fax. (Exhibit C).

8.     **COMPLETE:** On August 4 2025 at 11:59 AM, I transmitted the Complaint and Summons to Aidvantage via their provided fax number (1-866-266-0178) via Dropbox Fax (Doc. 5b801a4193bc3027678fcb7698ec19e904b1c29a), and the Fax was successfully completed at 12:41 PM. I also uploaded digital copies of the Summons and Complaint to the Aidvantage customer service portal under the most relevant category (Bankruptcy – Chapter 7), however no confirmation number was provided. (Exhibit C).

## TIMELINE COMPLIANCE

9.     All service attempts were initiated within the required timeframe following the filing of this adversary proceeding on July 29, 2025. Service on the United States Government components will be completed within the statutory requirements.

10.     A second Declaration and Proof of Service will be efiled upon completion of service to the U.S. District Attorney.

---

[1] Address is listed on the Aidvantage website for "correspondence" related to U.S. Dept. of Ed. Loans, i.e., https://aidvantage.studentaid.gov/Images/Servicing_Contact_Info_tcm5-2695.pdf

11.    I declare under penalty of perjury under the laws of the United States of
America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true
and correct. Executed on August 4 2025 in Boston, Massachusetts.


Respectfully submitted,


_____

**/s/ Ashley M. Gjovik**
*Pro Se / In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: August 4 2025

# EXHIBITS

## Exhibit A: Service on U.S. A.G.



# USPS Tracking®

FAQs ›

**Tracking Number:**                                                                    Remove ✕

## 95890710527020272 93073

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:06 am on August 4, 2025 in WASHINGTON, DC 20530.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
August 4, 2025, 5:06 am

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
August 3, 2025, 1:53 pm

● **Arrived at Hub**
WASHINGTON, DC 20018
August 3, 2025, 11:19 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 10:10 am

● **Departed USPS Facility**
WASHINGTON, DC 20024
August 2, 2025, 9:54 am

● **Arrived at USPS Facility**

WASHINGTON, DC 20024
August 2, 2025, 9:51 am

**Departed USPS Regional Facility**
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
August 2, 2025, 9:00 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:38 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:03 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 6:54 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 5:40 am

**In Transit to Next Facility**
August 1, 2025

**Departed Post Office**
BOSTON, MA 02118
July 31, 2025, 5:04 pm

**USPS in possession of item**
BOSTON, MA 02118
July 31, 2025, 4:51 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

## Exhibit B: Service on U.S. Dept. of Education



**Tracking Number:**

Remove ✕

# 9589071052702027293080

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:11 am on August 4, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20202
August 4, 2025, 8:11 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20202
August 3, 2025, 1:53 pm

**Arrived at Hub**
WASHINGTON, DC 20018
August 3, 2025, 9:54 am

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 10:10 am

**Departed USPS Facility**
WASHINGTON, DC 20024
August 2, 2025, 9:54 am

**Arrived at USPS Facility**

8/4/25, 10:37 AM                                              USPS.com® - USPS Tracking® Results

WASHINGTON, DC 20024
August 2, 2025, 9:51 am

**Departed USPS Regional Facility**

LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
August 2, 2025, 9:00 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:38 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 7:03 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 6:54 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 2, 2025, 5:39 am

**In Transit to Next Facility**

August 1, 2025

**Departed Post Office**

BOSTON, MA 02118
July 31, 2025, 5:04 pm

**USPS in possession of item**

BOSTON, MA 02118
July 31, 2025, 4:49 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                          ⌄

**USPS Tracking Plus®**                                                           ⌄

## Exhibit C: Service on Maximus/Aidvantage



# USPS Tracking®

FAQs >

Tracking Number:                                                        Remove ✕

## 9589071052702027293264

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

## MONDAY

# 4

August
2025 ⓘ

by

## 9:00pm ⓘ

Your item arrived at our USPS facility in BOSTON MA DISTRIBUTION CENTER on August 3, 2025 at 11:14 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

**Moving Through Network**
**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
August 3, 2025, 11:14 am

**In Transit to Next Facility**
August 3, 2025, 11:12 am

**In Transit to Next Facility**
August 3, 2025, 7:12 am

**Departed USPS Regional Facility**
PHILADELPHIA PA DISTRIBUTION CENTER
August 3, 2025, 4:04 am

**Arrived at USPS Regional Destination Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
August 2, 2025, 11:50 pm

**Arrived at USPS Regional Destination Facility**

SCRANTON PA DISTRIBUTION CENTER
August 2, 2025, 1:37 pm

**Return to Sender Processed**

WILKES BARRE, PA 18701
August 2, 2025, 10:24 am

**Moved, Left no Address**

WILKES BARRE, PA 18701
August 2, 2025, 8:48 am

**Arrived at Post Office**

WILKES BARRE, PA 18701
August 2, 2025, 7:46 am

**Arrived at USPS Facility**

WILKES BARRE, PA 18701
August 2, 2025, 7:22 am

**Departed USPS Regional Facility**

SCRANTON PA DISTRIBUTION CENTER
August 2, 2025, 2:09 am

**Arrived at USPS Regional Destination Facility**

SCRANTON PA DISTRIBUTION CENTER
August 1, 2025, 5:26 pm

**Departed Post Office**

BOSTON, MA 02118
July 31, 2025, 5:04 pm

**USPS in possession of item**

BOSTON, MA 02118
July 31, 2025, 4:50 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**aidVantage** | Department of Education Loan Servicing

## Servicing Contact Information

### CollegeServ®

Providing expert support for schools to assist with borrower related issues/repayment counseling, enrollment updates or guidance with our online reports.

Monday through Thursday, 8 am to 9 pm ET, and Friday, 8 am to 8 pm ET

Phone: **888-272-4665**; Fax: 800-828-0250

Email: collegeserv@aidvantage.com

### Electronic Services

Providing technical support for monitoring of electronic file delivery and assistance with school servicing portal navigation

Monday through Friday, 8 am to 5 pm ET

Phone: **800-348-4606**

Email: ESNAVI@aidvantage.com

---

## Information to view, manage, and repay loans

**For Borrowers with Aidvantage Serviced U.S. Department of Education (ED) Loans**

Information for loans through the William D. Ford Federal Direct Loan Program (DirectSubsidized, Direct Unsubsidized, DirectPLUS, or Direct Consolidation) or loans owned by the U.S. Department of Education through the Federal Family Education Loan Program (FFELP)

**Customer service (ED-owned loans)**
**Toll-free phone:** 800-722-1300
Monday – Thursday 8 am – 9 pm ET and
Friday 8 am – 8 pm ET
Fax: 866-266-0178
**International phone:** Overseas borrowers:
If toll-free (no cost per call) number cannot be accessed, use 317-806-0580 (cost per call)
**International fax:** 570-706-8563
**TDD:** 877-713-3833

**Correspondence (ED-owned loans)**
Aidvantage -U.S. Department of Education
Loan Servicing
P.O. Box 9635
Wilkes-Barre, PA 18773

**Loan payments (ED-owned loans)**
Aidvantage -U.S. Department of Education
Loan Servicing
P.O. Box 4450
Portland, OR 97208-4450

**For Military Service Members**

Specialized support for borrowers who are active-duty service members

**Military benefits**
**Toll-free phone:** 855-284-4879
Monday – Thursday 8 am – 9 pm ET and
Friday 8 am – 8 pm ET
**Fax:** 800-848-1949
**International Phone:** 001-888-272-5543 (toll-free)
**International Phone:** 001-317-570-7397 (charges apply)
**International Fax:** 001-317-578-6700
**Email:** militarybenefits@aidvantage.com

---

For questions, call **800-722-1300**. Call Eastern Time, Monday 8 a.m. – 11 p.m., Tuesday through Friday 8 a.m. – 8 p.m., and Saturday 10 a.m. – 2 p.m.

1

https://aidvantage.studentaid.gov/Images/Servicing_Contact_Info_tcm5-2695.pdf



**Ashley Gjovik**   Sent at 11:21 AM

It's a summons for an adversary proceeding in my Bankruptcy, against US DOE and Aidvantage. I sent it through proper certified mail and US gov accepted it as the US AG and US DOE, however Aidvantage returned the mail to sender, despite it being addressed to the PO Box formally notated for corresponace related to these loans.

Jessica   11:21 AM

You can also upload or fax in documents.

**How can we help?**

https://myaccount.aidvantage.studentaid.gov/Route/Upload

**Ashley Gjovik**   Sent at 11:22 AM

Thank you so you're saying on behalf of Aidvantage, you're waiving the requirement for Certified Mail service, and instead I may upload the documents?

Jessica   11:22 AM

**Correspondence Address**

**How can we help?**

documents?

Jessica   11:22 AM

**Correspondence Address**

Aidvantage - Official Servicer of Federal Student Aid
PO Box 300001
Greenville, TX 75403-3001

Jessica   11:22 AM

**Fax Number**
1-866-266-0178

**How can we help?**

3001

**Ashley Gjovik**   Sent at 11:23 AM

And may I still upload the documents and/or fax instead of Certified Mail?

Jessica   11:24 AM

Correct, please use the address or fax provided.

**Ashley Gjovik**   Sent at 11:24 AM



**How can we help?**

… An agent will be with you shortly …

Ashley Gjovik        Sent at 11:10 AM

Hello I tried to send certified mail about my loans to PO Box 9635 Wilkes Barre PA 18773, but it was rejected and returned to sender. This was the formal contact address listed on Aidvantage for communications about the loans. Do you know why the mail was returned to sender? (USPS Tracking ID Tracking Number:

9589071052702027293264)

Jessica has joined the chat

**How can we help?**

Do you still want to chat with me?

Ashley Gjovik        Sent at 11:19 AM

Thank you! First, can you confirm why it was rejected? Was that not the correct address for mail?

Ashley Gjovik has returned

Ashley Gjovik        Sent at 11:19 AM

This is where I found the address:
https://aidvantage.studentaid.gov/Images/Servicing_Contact_Info_tcm5-2695.pdf

**How can we help?**

else?

Ashley Gjovik        Sent at 11:25 AM

One more thing, can you confirm if the address I originally sent the mail to is valid?

Read

Jessica        11:26 AM

We do not use that address, I do apologize.

## Dropbox Fax: +18662660178 - Fax Sent Successfully



**From**   🔒 Dropbox Fax <noreply@mail.hellofax.com>   ☆ 📭 📎 12:41 PM

**To**   Ashley Gjovik <ashleymgjovik@protonmail.com>

Monday, August 4th, 2025 at 12:41 PM

### Success! Your fax has been sent.

Your fax has been sent to +18662660178. It included 33 pages. You
can see your fax anytime by clicking View on Dropbox Fax.

**View on Dropbox Fax**

Thanks,
The Dropbox Fax team

1800 Owens St, San Francisco, CA 94158

**1.20 MB**  1 file attached

📄 Bankr.D.Mass._25-01104_1_1__Bankr.D.Mas...ts.pdf   1.20 MB



8/4/25, 11:08 AM                                    Aidvantage | Upload

# aidva                          **Document Upload**                    ✕          Menu

Your documents have been uploaded successfully. Please allow time for processing.          💬 Chat

## Securely Upload Your Documents

Select the documents to upload, then select the **Next** button.

                              Next →

⊕  Repayment Plan
⊕  Deferment
⊕  Forbearance
☐  Name or Date of Birth Change
☐  Canceled Check, Money Order, or Bank Statement
☐  Military Orders or Certification – *Do not upload your Military ID!*
☐  Reaffirmation Agreement
☐  Auto Pay Enrollment
☐  Federal Direct Consolidation Loan Request to Add Loans

Loan Discharge
☐  Loan Discharge Application: School Closure
☐  Loan Discharge Application: Unpaid Refund
☐  Loan Discharge Application: False Certification (Ability to Benefit)
☐  Loan Discharge Application: False Certification (Disqualifying Status)
☐  Loan Discharge Application: False Certification (Unauthorized Signature/Payment)

⊕  Teacher Loan Forgiveness

Bankruptcy
☑  Ch 7 - First Meeting of Creditors Letter
☐  Ch 13 - First Meeting of Creditors Letter

☐  Death Certificate

                              Next →

## aidVantage

▶  𝕏

Aidvantage links
Loan Servicing transfers
Credit Reporting
Military benefits
Disaster relief

Federal Student Aid (FSA) links
Public Service Loan Forgiveness (PSLF)
Repaying your loans
Loan repayment options simulator
How to re-certify your income every year

# EXHIBIT D: SERVICE ON U.S. D.A. (BOSTON)



Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Ashley Gjovik <ashleymgjovik@protonmail.com>
2108 N ST STE 4553
Sacramento, CA 95816

| | |
|---|---|
| INVOICE# | ████████ |
| DATE | Jul 29, 2025 |
| ACCOUNT# | |
| ATTENTION | ashleymgjovik@protonmail.com |
| REFERENCE# | nb-11748 |

| **AMOUNT DUE** | **$ 0.00** |
|---|---|

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): Bankr.D.Mass._25-01104_2_0.pdf, Bankr.D.Mass._25-01104_1_1.pdf, Bankr.D.Mass._25-01104_1_0.pdf Rush Requested: No Parties To Serve: 1 | 135.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 135.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 135.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Discover ending in ████ | July 29, 2025 | 135.00 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 135.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

