Chapter 7
Adversary Proceeding: 25–01104
Judge Christopher J. Panos

## CERTIFICATE OF SERVICE

I, _Ashley Grouk_ (name), certify that service of this summons and a copy of the complaint was made : _8/4/25_ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:
one courthouse way, ste 9200, boston, MA 02210
(see attached declaration + proof)

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_8/6/25_
Date

_____
Signature

Ashley Grouk
Print Name
18 worcester Sq Apt. 1
Business Address
Boston   MA   02118
City        State        Zip