**Ashley M. Gjovik, JD**
*In Propria Persona*
18 Worcester Sq., Boston, MA.
(415) 964-6272
ashleymgjovik@protonmail.com

# United States Bankruptcy Court

## District of Massachusetts

| | |
|---|---|
| **Ashley M. Gjovik,**<br>Plaintiff.<br><br>v.<br><br>**U.S. Department of Education, Maximus d.b.a. Aidvantage**<br>Defendant. | **Chapter 7 Case No: 25–11496**<br>**Adversary Proceeding Case No: 25-01104**<br><br>The Honorable<br>Judge Christopher J. Panos<br><br>**Declaration of Service**<br>**Part II of II** |

# Declaration of Service

1. I, Ashley Marie Gjovik, declare under penalty of perjury that the following is true and correct. I am the Plaintiff in this case, the Debtor in Case No. 25–11496, and I have personal knowledge of the facts stated herein. If called upon to testify to those facts I could and would competently do so.

2. On August 4 2025, in Case No. 25-01104, at Dkt. No. 4, I filed Certificates of Service and a Declaration of Service for completed service on the U.S. Department of Education, the U.S. the Attorney General, and Maximus/Adivantage.[1]

3. In addition to the prior filing, as of today August 6 2025, service upon U.S. Attorney Leah B. Foley was completed on August 4 2025 via personal service (ABC Legal Case #nb-11748). The Proof of Service was provided to Platiniff on August 6 2025 and a true and correct copy is attached as Exhibit A.

4. All service attempts were initiated within the required timeframe following the filing of this adversary proceeding on July 29, 2025. Service on the United States Government components were completed within the statutory requirements.

5. I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed. R. Bankr. P. Rule 9011, that the foregoing is true and correct. Executed on August 6 2025 in Boston, Massachusetts.

Respectfully submitted,

/s/ Ashley M. Gjovik, *In Propria Persona*
**August 6 2025 | Boston, MA**

---

[1] Pursuant to Federal Rule of Bankruptcy Procedure 7004(b)(4) and Federal Rule of Civil Procedure 4(i), service upon the United States Government requires service upon: (1) the United States Attorney General, (2) the United States Attorney for this district, and (3) the officer or agency being sued.

# EXHIBITS

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

**Ashley Marie Gjovik**

Plaintiff/Petitioner

vs.

**U.S. Department of Education; Maximus Education, dba Aidvantage**

Defendant/Respondent

Case No.: **25-01104**

DECLARATION OF SERVICE OF **SUMMONS IN AN ADVERSARY PROCEEDING; COMPLAINT AND REQUEST FOR DISCHARGE OF STUDENT LOAN DEBT; ADVERSARY PROCEEDING COVER SHEET**

Received by **Enyer Ventura**, on the **1st day of August, 2025 at 3:30 PM** to be served upon **U.S. Attorney Leah B. Foley** at **1 Courthouse Way Ste 9200, Boston, Suffolk County, MA 02210**.
On the **4th day of August, 2025 at 12:53 PM**, I, **Enyer Ventura**, SERVED **U.S. Attorney Leah B. Foley** at **1 Courthouse Way Ste 9200, Boston, Suffolk County, MA 02210** in the manner indicated below:

**INDIVIDUAL SERVICE**, by personally delivering **1** copy(ies) of the above-listed documents to **U.S. Attorney Leah B. Foley**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to U.S. Attorney Leah B. Foley with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent.**

Service Fee Total: **$135.00**

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: *(signature)* | N/A | 08/06/2025 |
|---|---|---|
| Enyer Ventura | Server ID # | Date |


REF: **nb-11748**

Page 1 of 1
Tracking #: **0180972802**



Ashley Marie Gjovik v. U.S. Department of Education; Maximus Education, dba Aidvantage | Case #25-01104

# Ashley Marie Gjovik v. U.S. Department of Education; Maximus Education, dba Aidvantage | Case Number 25-01104 | US Bankruptcy Court, Massachusetts, Eastern Division, Boston

## U.S. Attorney Leah B. Foley   SERVED

1 Courthouse Way Ste 9200 Boston, MA 02210-3011

### Summary

U.S. Attorney Leah B. Foley was served by Personal Service on 8/4/2025 at 12:53 PM EDT by process server Enyer Ventura.

The subject's address was provided by the customer. Residency was confirmed by skip trace and review of credit headers.

### Process Server


Enyer Ventura

### Validation Checks


Photo Taken

### Personal Service

**Timestamp**
8/4/2025 12:53 PM EDT

**Served by**
Enyer Ventura

**Description**
I delivered the documents to U.S. Attorney Leah B. Foley with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent.

### Location of Service



**Service Address**   1 Courthouse Way Ste 9200 Boston, MA 02210-3011

Ashley Marie Gjovik v. U.S. Department of Education; Maximus Education, dba Aidvantage | Case #25-01104

## Photos

   

## Event History

| 2 | Served by Personal Service | 8/4/2025 12:53 PM EDT |
|---|---|---|

By delivery to U.s. Attorney Leah B. Foley, I delivered the documents to U.S. Attorney Leah B. Foley with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with an accent.

1 Courthouse Way Ste 9200, Boston, MA 02210-3011        GPS Coordinates: 42.354451 -71.046961

  





Ashley Marie Gjovik v. U.S. Department of Education; Maximus Education, dba Aidvantage | Case #25-01104

| |  **Process Server:** Enyer Ventura | |
|---|---|---|
| 1 | **Process Server Assigned** | 8/1/2025<br>3:30 PM EDT |
| | Documents Received: Process server received documents for U.S. Attorney Leah B. Foley . | |
| | **Process Server:** Enyer Ventura | |