

**08/22/2025 GRANTED. THE DEADLINE FOR THE DEFENDANT TO FILE A RESPONSIVE PLEADING IS EXTENDED TO DECEMBER 1, 2025.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>    Debtor.<br><br>―――――――――――――――――<br><br>ASHLEY MARIE GJOVIK,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>*et. al.*<br><br>    Defendant, | Case No. 25- 11496-CJP<br>Chapter 7<br><br><br><br><br><br><br>Adv. Proc. No. 25-01104-CJP |

### ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The United States, on behalf of the Department of Education ("DOE"), hereby requests that the Court enter an agreed order extending the DOE's time to file a responsive pleading in the above-captioned adversary proceeding to December 1, 2025. In support of this Motion, the United States respectfully submits the assertions that follow.

    1.    On July 29, 2025, the Plaintiff filed a complaint to determine dischargeability of certain student loans naming the DOE as defendant. *See* Doc. No. 1.

    2.    On August 4, 2025, the Plaintiff served the complaint on DOE.

    3.    DOE has issued guidance to Department of Justice attorneys regarding requests to discharge student loans in bankruptcy. Under the new guidance, to assist the government in assessing the discharge request, debtors may complete an attestation form in support of a request