**Ashley M. Gjøvik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

IN RE:

ASHLEY M. GJOVIK.

CHAPTER 7 CASE NO: 25–11496

A.P. NO. 25-01104

JUDGE CHRISTOPHER J. PANOS

DEBTOR'S MOTION FOR
ORDER TO SHOW CAUSE
AND SANCTIONS AGAINST
CREDITOR APPLE INC.

CREDITOR NO. 21011446

DECLARATION OF DEBTOR

FED. R. BANKR. P. RULE 9013

# DECLARATION OF DEBTOR ASHLEY MARIE GJOVIK

Pursuant to 28 U.S.C. § 1746, I, Ashley M. Gjovik, hereby declare as follows:

1.      My name is Ashley Marie Gjovik. I am a self-represented Debtor in this above captioned matter.

2.      I make this Declaration based upon my personal knowledge and in support of Debtor's Motion For Order To Show Cause And Sanctions Against Creditor Apple Inc.

3.      I have personal knowledge of all facts stated in this Declaration, and if called to testify, I could and would testify competently thereto.

4.      I swear under penalty of perjury that the facts alleged in my Motion are true and correct to the best of my knowledge, and the Motion was filed for a lawful and legitimate purpose.

5.      I've attached to this motion Exhibits A-I which are all true and correct copies of those documents.

6.      I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed. R. Bankr. P. Rule 9011, that the foregoing is true and correct.

Executed on August 28 2025 in Boston, Massachusetts.

Respectfully submitted,

**/s/ Ashley M. Gjovik**
*In Propria Persona*
18 Worcester Square, Apt 1
Boston, MA 02118
Dated: August 28 2025

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served upon parties (Trustee) via the Court′s electronic filing system and email on or around August 28 2025 (when the pro se clerk posts it). The Trustee will also be served via email on August 28 2025.

Apple is served via email to General Counsel Kate Adams at kate.adams@apple.com; and to Apple's Orrick, Herrington & Sutcliffe legal counsel: Ryan Booms rbooms@orrick.com, Jessica Perry jperry@orrick.com, Melinda Reichert mriechert@orrick.com, Kathryn Mantoan kmantoan@orrick.com on August 28 2025.

Goldman Sachs Bank USA will be promptly mailed a courtesy paper copy addressed to Salt Lake City Branch, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170.

Apple and the U.S. Court are noticed via posting a copy of this Motion to the federal docket for *Gjovik v. Apple Inc,* 3:23-cv-04597-EMC (N.D. Cal.) August 28 2025.

Debtor's July 23 2025 Consumer Financial Protection Bureau whistleblower tip will be provided an updated with email service of this motion on August 28 2025.