UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01104-CJP |

## ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The United States, on behalf of the Department of Education ("DOE"), hereby requests that the Court enter an agreed order extending the DOE's time to file a responsive pleading in the above-captioned adversary proceeding to December 1, 2025. In support of this Motion, the United States respectfully submits the assertions that follow.

1. On July 29, 2025, the Plaintiff filed a complaint to determine dischargeability of certain student loans naming the DOE as defendant. *See* Doc. No. 1.

2. On August 4, 2025, the Plaintiff served the complaint on DOE.

3. On August 25, 2025, the Plaintiff filed an Amended Complaint.

4. DOE has issued guidance to Department of Justice attorneys regarding requests to discharge student loans in bankruptcy. Under the new guidance, to assist the government in assessing the discharge request, debtors may complete an attestation form in support of a request

for a stipulation conceding dischargeability of student loans. The government will review the information provided, apply the factors that courts consider relevant to the undue-hardship inquiry, and determine whether to stipulate to discharge.

5. The attestation form requests information regarding the debtor's current income and expenses, future inability to repay student loans, prior efforts to repay loans, current assets, and any relevant additional circumstances. In addition, the attestation form requires debtors to confirm whether they agree that information related to their outstanding student loan debt and educational history provided by DOE is correct.

6. The Plaintiff has elected to complete an attestation form. Accordingly, Plaintiff and DOE wish to extend the time for DOE to file a responsive pleading so that DOE can review the information provided and determine whether to recommend a discharge.

7. Plaintiff has assented to the relief requested in this motion.

WHEREFORE, the United States respectfully requests that the Court enter an order extending the time for the DOE to file a responsive pleading to December 1, 2025.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

Date: August 29, 2025      By:      /s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Brendan.Mockler@usdoj.gov

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>    Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>    Defendant, | Adv. Proc. No. 25-01104-CJP |

## CERTIFICATE OF SERVICE

I, Brendan T. Mockler, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:  August 29, 2025

/s/ Brendan T. Mockler
BRENDAN T. MOCKLER
Assistant United States Attorney