IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: § § § § § § § | | Case No. 25-11496 (CJP) Chapter 7 |
| ASHLEY M. GJOVIK, | | |
| Debtor. | | |
| ASHLEY M. GJOVIK § § § § § § § § § § § § § § | | Adv. Proc. No. 25-01104 (CJP) |
| Plaintiff, | | |
| v. | | |
| U.S. DEPARTMENT OF EDUCATION | | |
| & | | |
| MAXIMUS EDUCATION, LLC D/B/A AIDVANTAGE | | |
| Defendants. | | |

**POPOVA DECLARATION IN SUPPORT OF AIDVANTAGE'S (I) MOTION
TO DISMISS ADVERSARY PROCEEDING PURSUANT TO RULE 12(b)(6) OR,
ALTERNATIVELY, TO COMPEL PLAINTIFF TO AMEND COMPLAINT TO
REMOVE AIDVANTAGE AS A NAMED DEFENDANT AND (II) BRIEF IN SUPPORT**

I, Irena Popova, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. My name is Irena Popova. I am over the age of 21. My title is Assistant General Counsel - Student Loan Compliance at Maximus Education, LLC d/b/a Aidvantage ("Aidvantage"). I am familiar with and have personal knowledge of the matters that are the subject of this Declaration (the "Declaration"). I am authorized to submit this Declaration on Aidvantage's behalf. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am in all respects competent to make this Declaration.

1

2. I submit this Declaration in support of *Aidvantage's (I) Motion to Dismiss All Claims Against Aidvantage Pursuant to Rule 12(b)(6) or, Alternatively, to Compel Plaintiff to Amend Complaint to Remove Aidvantage as a Named Defendant and (II) Brief in Support* [Docket No. [●]], filed contemporaneously herewith.

3. The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided to me by the professionals in this case and/or employees working under my supervision, or based upon my experience, knowledge, and information concerning Aidvantage's business and the loans that Aidvantage services.

4. Aidvantage is a loan servicer of educational loan debt held by the United States Department of Education ("DOE"). In this role, Aidvantage services student loans for the DOE by handling borrower payments, managing accounts, and providing customer service.

5. Under this contractual relationship with DOE, Aidvantage does not itself own the student loans the borrower has with DOE.

6. As a loan servicer, neither Aidvantage nor any of its other related companies, corporations or entities have any authority to litigate the discharge of any debt Plaintiff owes to DOE. Aidvantage has no authority over discharge or discharge litigation with respect to any debt held by DOE.

7. Aidvantage must be instructed by the DOE to process bankruptcy discharge orders that are entered after the DOE agrees to discharge a borrower's student loan.

*[Signature page follows.]*

HB: 4911-9608-2022.2

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on October 8, 2025.     By: *Irena Popova*
4F7AED5CC0EA489...
Irena Popova, Assistant General Counsel,
Student Loan Compliance
Maximus Education, LLC d/b/a Aidvantage

HB: 4911-9608-2022.2