**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 25-11496 (CJP)** |
| ASHLEY M. GJOVIK, | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |
| | § | |
| ASHLEY M. GJOVIK | § | |
| | § | **Adv. Proc. No. 25-01104 (CJP)** |
| **Plaintiff**, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF EDUCATION | § | |
| | § | |
| & | § | |
| | § | |
| MAXIMUS EDUCATION, LLC | § | |
| D/B/A AIDVANTAGE | § | |
| | § | |
| **Defendants**. | § | |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 7007.1**

Defendant Maximus Education, LLC d/b/a Aidvantage ("Aidvantage"), by and through

its undersigned counsel, provides the following disclosures pursuant to Fed. R. Bankr. P. 7007.1:

1. Aidvantage's parent company is Maximus Federal Services, Inc.

2. No publicly held corporation owns 10% or more of Aidvantage's stock.

Dated: October 21, 2025.

Respectfully Submitted,

_/s/ Emily C. Shanahan_

Emily C. Shanahan (BBO# 643456)
Colleen Fox (N.Y. State Bar No. 5280417)
HUSCH BLACKWELL LLP
One Congress Street, Suite 3102
Boston, Massachusetts 02114
(617) 598-6700
(617) 598-6790 _facsimile_
Emily.Shanahan@huschblackwell.com
Colleen.Fox@huschblackwell.com

_Attorneys for Maximus Education, LLC
d/b/a Aidvantage_

## CERTIFICATE OF SERVICE

I, Emily C. Shanahan, hereby certify that on October 21, 2025, I caused a copy of the foregoing document and all exhibits thereto to be served through the ECF system, and that copies will be sent electronically to registered participants, and paper copies will be sent to those indicated as non-registered participants requesting notice as of the date herein and as listed below.

*/s/ Emily C. Shanahan*
Emily C. Shanahan

## Via U.S. Mail

Ashley Marie Gjovik
18 Worcester Square, Apt 1
Boston, MA 02118
amgjovik@gmail.com
**Plaintiff, *Pro Se***

U.S. Department of Education
c/o United States Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02210
Attn: Brendan T. Mockler
brendan.mockler@usdoj.gov
**Defendant**