UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>    Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>    Defendant, | Adv. Proc. No. 25-01104-CJP |

## CERTIFICATE OF SERVICE

    I, Brendan T. Mockler, hereby certify that Standing Order 2025-03, Establishing "End Stay Date" was electronically sent to the plaintiff in this case.

Date:   November 24, 2025                  */s/ Brendan T. Mockler*
                                                                  BRENDAN T. MOCKLER
                                                                  Assistant United States Attorney