# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>ASHLEY M. GJOVIK<br><br>               Debtor. | Chapter 7<br><br>Case No. 25-11496 (CJP) |
| ASHLEY M. GJOVIK,<br><br>               Plaintiff,<br><br>- against -<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>&<br><br>MAXIMUS EDUCATION, LLC<br>d/b/a AIDVANTAGE,<br><br>               Defendants. | Adversary Proc. No. 25-01104 (CJP) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE OF EMILY C. SHANAHAN**

      Please withdraw the appearance of Emily C. Shanahan as counsel of record for Defendant Maximus Education, LLC d/b/a Aidvantage in the above-captioned action.

      Stephanie Sprague of Husch Blackwell LLP will continue as counsel of record for Defendant in this action.

HB: 4913-0435-9821

Dated:  February 5, 2026

    Respectfully submitted,

    */s/ Emily C. Shanahan*
    Emily C. Shanahan (BBO# 643456)
    HUSCH BLACKWELL LLP
    One Congress Street, Suite 3102
    Boston, Massachusetts 02114-2010
    Phone: 617.598.6700
    Email: Emily.Shanahan@huschblackwell.com
    *Attorneys for Defendant Maximus Education,*
        *LLC d/b/a Aidvantage*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent by first class mail to those identified as non-registered participants on the NEF on February 5, 2026.

                                    */s/Emily C. Shanahan*
                                    Emily C. Shanahan (BBO# 643456)

HB: 4913-0435-9821