## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE:

ASHLEY M. GJOVIK

          Debtor.

ASHLEY M. GJOVIK,

          Plaintiff,

  - against -

U.S. DEPARTMENT OF EDUCATION

&

MAXIMUS EDUCATION, LLC
d/b/a AIDVANTAGE,

          Defendants.

Chapter 7

Case No. 25-11496 (CJP)

Adversary Proc. No. 25-01104 (CJP)

### NOTICE OF APPEARANCE OF STEPHANIE SPRAGUE

Please enter the appearance of Stephanie Sprague as counsel of record for Defendant

Maximus Education, LLC d/b/a Aidvantage in the above-captioned action.

Dated:  February 5, 2026

Respectfully submitted,
Defendant
Maximus Education, LLC d/b/a Aidvantage

/s/ Stephanie Sprague
Stephanie Sprague (BBO # 667714)
HUSCH BLACKWELL LLP
One Congress Street
Suite 3102
Boston MA 02114
Tel: 617-598-6765
Stephanie.Sprague@huschblackwell.com

Error! Unknown document property name.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 5, 2026, a true copy of the above document, filed through the ECF system, will be served electronically through the ECF system on the registered participants as identified on the Notice of Electronic Filing ("NEF"), and that paper copies of the above document will be sent by first class mail to those identified as non-registered participants on the NEF on February 5, 2026.

*/s/Stephanie Sprague*
Stephanie Sprague

**Error! Unknown document property name.**