**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
2108 N. St. Ste. 4553,
Sacramento, CA 95816
ashleymgjovik@protonmail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Ashley M. Gjovik,** Plaintiff. | **Adversary Proceeding Case No: 25-01104** |
| v. | The Honorable Judge Christopher J. Panos |
| **U.S. Department of Education, Maximus d.b.a. Aidvantage** Defendant. | **Change of Address** |

# CHANGE OF ADDRESS

1. I, Ashley Marie Gjovik ("Plaintiff/Debtor"), hereby file this notice of a change of address.

2. The first notice of a change of address was filed on Feb.13 2026 and entered on Feb. 17 2026 at Dkt. 57 of Case No. 25-11496. The Defendant in this Adversary Proceeding was also promptly notified via email shortly after relocation.

3. This subsequent filing is made per instructions of the Clerk in order to update the on file address for the Adversary Proceeding specifically.

4. The Debtor does not have a permanent place to live (she is now homeless), and thus does not have a residential mailing address. The Debtor now currently located in in San Jose, California, a region (the San Francisco Bay Area) where she lived prior from around 2015-2022.

5. The Debtor asks the Court to update her mailing address to an electronic address where her mail will be scanned and provided to her. The Debtor's new address is: 2108 N. St, Ste. 4553, Sacramento, CA 95816.

6. I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on Feb. 19 2026 in San José, California.

Respectfully submitted,

**/s/ Ashley M. Gjovik**
*Pro Se / In Propria Persona*
Dated: Feb. 19 2026
Physical Location: San José, California (temporary housing)
Mailing Address: 2108 N. St. Ste. 4553, Sacramento, CA 95816