

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

03/09/2026 GRANTED. THE DEADLINE FOR THE UNITED STATES, ON BEHALF OF DEPARTMENT OF EDUCATION, TO FILE A RESPONSIVE PLEADING IS EXTENDED TO JUNE 1, 2026.

In re:

ASHLEY MARIE GJOVIK,

    Debtor.

Case No. 25- 11496-CJP
Chapter 7

ASHLEY MARIE GJOVIK,

    Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,
*et. al.*

    Defendant,

Adv. Proc. No. 25-01104-CJP

## THIRD ASSENTED-TO MOTION TO EXTEND TIME
## TO FILE RESPONSIVE PLEADING

The United States, on behalf of the Department of Education ("DOE"), hereby requests that the Court enter an agreed order extending the DOE's time to file a responsive pleading in the above-captioned adversary proceeding to June 1, 2026.  In support of this Motion, the United States respectfully submits the assertions that follow.

1.    On July 29, 2025, the Plaintiff filed a complaint to determine dischargeability of certain student loans naming the DOE as defendant.  *See* Doc. No. 1.

2.    On August 4, 2025, the Plaintiff served the complaint on DOE.

3.    On August 25, 2025, the Plaintiff filed an Amended Complaint.

4.    DOE has issued guidance to Department of Justice attorneys regarding requests to discharge student loans in bankruptcy.  Under the new guidance, to assist the government in