**Ashley M. Gjovik, JD**
*In Propria Persona*
(415) 964-6272
ashleymgjovik@protonmail.com
Boston, MA

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

IN RE:

ASHLEY M. GJOVIK,

DEBTOR.

CHAPTER 7 CASE NO: 25–11496

JUDGE CHRISTOPHER J. PANOS

AMENDED CH.7 SCHEDULE 106; FORM G

RULE 1009

MARCH 30 2026

(ADDENDUM TO PRIOR FILED VERSIONS AT DKT. 1, 11, 18, 31, 57)

# AMENDED OFFICIAL FORM 106

1. I, Ashley Marie Gjovik ("Debtor", hereby file this amended petition under Rule 1009 and Local Rule 1009-1. The Debtor hereby amends a "a voluntary petition, list, schedule, statement of financial affairs, statement of intention, or statement of current monthly income" as provided by Local Rule 1009-1(a).

2. This is filed as a Supplement and Addendum to the prior filed versions at Dkt. 1, 11, 18, 31, 57 and limited to the revised content.

3. The Amendment is filed with an amended and current version of Form G, and Official Form 106Dec and Official Form B 106Sum.

## LEGAL MATTERS (SCHEDULES 106)

4. In Response to "Official Form 106 – Schedule A/B" Questions 33-34, the Debtor adds the following responses:

### SCHEDULE 106 A/B Q.33: "CLAIMS AGAINST THIRD PARTIES"

5. In Response to Official Form 106 – Schedule A/B, Question 33 ("*claims against third parties…*"), the Debtor adds the following:

6. The debtor has contract claims against Maximus LLC as described in 25-01104, Dkt. 16 -- *Opposition to Defendant Maximus's Motion to Dismiss (Dkt. 14) (Request for Corrected Filing for Proof of Claim 1-1. Request to Amend Defendants to also add "Maximus"* pp.26-34).

7. The Debtor may have contract or other claims against Santa Clara University (School of Law) due to the negligent disbursement of three years of student loans under an incorrect Master Promissory Note/contract, as described below in Contingent Claims against U.S. Dept. of Education.

## SCHEDULE 106 A/B Q.34 (CONTINGENT CLAIMS)

8. Question 26 asks if the Debtor has any "other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims" and the Debtor adds the following.

9.    The Debtor has contingent claims against the Department of Education and their contractors including Maximus Inc and Maximus Education LLC (including, d.b.a. Aidvantage). This counter claim was first discovered as described in 25-01104, Dkt. 16 -- *Opposition to Defendant Maximus's Motion to Dismiss (Dkt. 14) (Request for Corrected Filing for Proof of Claim 1-1. Request to Amend Defendants to also add "Maximus"* pp.26-34).

10.    Subsequently the Dept. of Education, via their counsel on Nov. 28 2025, confirmed that the first three years of the four years of student loans (2018-2021) were disbursed under a different contract (a 2010 Master Promissory Note) than the contract the Debtor signed and agreed to (a 2018 Master Promissory Note). The Debtor notified Dept. of Education at that time of an intent to dispute the enforceability of the 2010 MPN for the 2018-2021 loan debt if a stipulated settlement is not reached and the matter goes into litigation.

11.    The Debtor also notified U.S. Dept. of Ed. and Maximus that the claim filed as inaccurate and stated a lower amount than the actual debt (Dkt. 16, pp. 26-34). Maximus LLC then filed a corrected claim on behalf of Dept. of Ed. for the debt.

12.    The Debtor plans to ask Judge Panos for permission to supplement the current pending Complaint in case 25-01104 at the upcoming hearing on April 9 2026.

13.    The Debtor also has expanded Contingent Claims against the disputed Creditor "Apple Inc" as described in prior filings including Dkt. 57 and based on the pending Motion for Sanctions against Apple.

## CERTIFICATION

14.    I declare under penalty of perjury under the laws of the United States of America, and in compliance with Fed.R.Bankr.P. Rule 9011, that the foregoing is true and correct. Executed on March 30 2026

Respectfully submitted,



**/s/ Ashley M. Gjovik**
**Pro Se**
Physical Location: San Jose, California
Mailing: 2108 N. St. Ste. 4553, Sacramento, CA 95816
Dated: March 30 2026

## CERTIFICATE OF SERVICE

These files will be emailed to the Pro Se Clerk and the Amended Petition will be
posted and then electronically served to the court and Trustee.

**Fill in this information to identify your case:**

Debtor _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse If filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | |
| **2.2** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | |
| **2.3** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | |
| **2.4** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | |
| **2.5** _____<br>Name<br>_____<br>Number     Street<br>_____<br>City          State     ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 _____
           First Name                    Middle Name                    Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name                    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
 (If known)

❏ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

❏ No

❏ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____       ✗ _____
 Signature of Debtor 1                                           Signature of Debtor 2

Date _____                                Date _____
    MM /  DD  /  YYYY                                              MM /  DD  /  YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify the case and this filing:**

Debtor Name __Ashley Marie Gjovik_____

United States Bankruptcy Court for the: _____ District of __MA_____
                                                                    (State)

Case number (*If known*):   __25-11496_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule* 106

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/30/26____       ✘ /s/ Ashley Marie Gjovik_____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                      Ashley M. Gjovik_____
                                      Printed name

                                      Self_____
                                      Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**