

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:**<br><br>**Ashley Marie Gjovik**<br>    **Debtor(s)** | **Chapter 7**<br>**Case No. 25-11496-CJP** |
| **Ashley Marie Gjovik**<br>    **Plaintiff(s),**<br><br>**v.**<br><br>**U.S. Department of Education &**<br>**Maximus Education, LLC d.b.a.**<br>**Aidvantage**<br>    **Defendant(s).** | **Adversary Proceeding**<br>**No. 25-01104-CJP** |

### PROCEEDING MEMORANDUM AND ORDER

**MATTER:**

#14 Motion filed by Defendant U.S. Department of Education Maximus d.b.a. Aidvantage to Dismiss Adversary Proceeding (Re: [8] Amended Complaint), or, Alternatively, To Compel Plaintiff to Amend Complaint to Remove Aidvantage as a Named Defendant.

**Decision set forth as follows:**

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS GRANTED AND THE COMPLAINT IS DISMISSED AS TO AIDVANTAGE.

Dated: 04/10/2026

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge