UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>　　　Debtor.<br><br>———————————————<br><br>ASHLEY MARIE GJOVIK,<br><br>　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>*et. al.*<br><br>　　　Defendant, | Case No. 25- 11496-CJP<br>Chapter 7<br><br><br><br><br>Adv. Proc. No. 25-01104-CJP |

**STIPULATION AND AGREEMENT FOR JUDGMENT
DISCHARGING STUDENT LOAN INDEBTEDNESS**

Plaintiff Ashley Marie Gjovik, and defendant United States Department of Education (the "DOE"), by and through its counsel, the United States Attorney's Office for the District of Massachusetts, (collectively, the "Parties") hereby stipulate and agree that:

1.　This adversary proceeding seeks a determination pursuant to 11 U.S.C. § 523(a)(8) that plaintiff Ashley Marie Gjovik's student loan obligations to the DOE are dischargeable, in full, on the grounds of undue hardship.

2.　This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and pursuant to Bankruptcy Rule 7001.  This is a core proceeding as defined by

28 U.S.C. § 157(a)(2)(1).  Venue of this adversary proceeding is appropriate in this court pursuant to 28 U.S.C. § 1409.

3.      On July 21, 2025, the plaintiff filed a voluntary petition for relief under Chapter 7 of Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts as Case No. 25-11496-CJP.

4.      On July 29, 2025, the plaintiff filed the Complaint that commenced this adversary proceeding.

5.      DOE has determined that sufficient evidence exists to find that the following conditions are satisfied with respect to plaintiff Ashley Marie Gjovik and the Student Loan Indebtedness: a) she presently lacks an ability to repay the Student Loan Indebtedness; b) her inability to pay the Student Loan Indebtedness is likely to persist in the future; and c) she has acted in good faith in the past in attempting to repay the Student Loan Indebtedness.

6.      Accordingly, the Parties hereby stipulate that excepting the Student Loan Indebtedness from the Ashley Marie Gjovik's bankruptcy discharge would impose an undue hardship upon her within the meaning of 11 U.S.C. § 523(a)(8).

7.      The plaintiff has reviewed this stipulation and agrees with its content.

8.      Therefore, the Parties hereby stipulate and agree to entry of a Judgment declaring the Student Loan Indebtedness fully discharged pursuant to 11 U.S.C. § 523(a)(8).

Respectfully submitted,

ASHLEY MARIE GJOVIK                  UNITED STATES OF AMERICA
Pro Se                               By its attorneys

                                     LEAH B. FOLEY
                                     United States Attorney

/s/ *Ashley Marie Gjovik*
ASHLEY MARIE GJOVIK                  /s/ *Brendan T. Mockler*
2108 N. Street, Suite 4553           BRENDAN T. MOCKLER
Sacramento, CA 95816                 Assistant United States Attorney
Tel. No. (415) 964-6272              1 Courthouse Way, Suite 9200
ashleymgjovik@protonmail.com         Boston, MA 02210
                                     Tel. No. (617) 748-3100
                                     Brendan.Mockler@usdoj.gov


Date:   June 1, 2026

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>        Debtor.<br><br>―――――――――――<br><br>ASHLEY MARIE GJOVIK,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br>*et. al.*<br><br>        Defendant, | Case No. 25- 11496-CJP<br>Chapter 7<br><br><br><br><br><br><br>Adv. Proc. No. 25-01104-CJP |

## CERTIFICATE OF SERVICE

I, Brendan T. Mockler, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:   June 1, 2026                    */s/ Brendan T. Mockler*
                                        BRENDAN T. MOCKLER
                                        Assistant United States Attorney

4