UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

ASHLEY MARIE GJOVIK,

     Debtor.

Case No. 25- 11496-CJP
Chapter 7

ASHLEY MARIE GJOVIK,

     Plaintiff,

v.

Adv. Proc. No. 25-01104-CJP

U.S. DEPARTMENT OF EDUCATION,
*et. al.*

     Defendant,

## **JUDGMENT**

The entire student loan debt owed by plaintiff Ashley Marie Gjovik to defendant U.S.

Department of Education is hereby discharged pursuant to 11 U.S.C. § 523(a)(8).

_____

Date:

_____

Christopher J. Panos
United States Bankruptcy Judge