UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

ASHLEY MARIE GJOVIK,

     Debtor.

ASHLEY MARIE GJOVIK,

     Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,
*et. al.*

     Defendant,

Case No. 25- 11496-CJP
Chapter 7

Adv. Proc. No. 25-01104-CJP

## **ASSENTED-TO MOTION TO APPROVE STIPULATION**

For the reasons stated in the stipulation, plaintiff Ashley Marie Gjovik and defendant U.S. Department of Education (the "DOE"), hereby request that the Court enter an order approving the stipulation, and enter judgment, pursuant to 11 U.S.C. § 523(a)(8), in favor of plaintiff Ashley Marie Gjovik and against the defendant.

The plaintiff has reviewed this motion, the stipulation, and proposed judgment, and assents to the relief requested.

WHEREFORE, the parties request that the Court enter an order approving the stipulation

and enter judgment.

Respectfully submitted,

ASHLEY MARIE GJOVIK                          UNITED STATES OF AMERICA
Pro Se                                       By its attorneys

                                             LEAH B. FOLEY
/s/ Ashley Marie Gjovik                      United States Attorney
ASHLEY MARIE GJOVIK
2108 N. Street, Suite 4553                   /s/ Brendan T. Mockler
Sacramento, CA 95816                         BRENDAN T. MOCKLER
Tel. No. (415) 964-6272                      Assistant United States Attorney
ashleymgjovik@protonmail.com                 1 Courthouse Way, Suite 9200
                                             Boston, MA 02210
                                             Tel. No. (617) 748-3100
                                             Brendan.Mockler@usdoj.gov


Date:   June 1, 2026

2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:

ASHLEY MARIE GJOVIK,

     Debtor.

ASHLEY MARIE GJOVIK,

     Plaintiff,

v.

U.S. DEPARTMENT OF EDUCATION,
*et. al.*

     Defendant,

Case No. 25- 11496-CJP
Chapter 7

Adv. Proc. No. 25-01104-CJP

## **CERTIFICATE OF SERVICE**

     I, Brendan T. Mockler, hereby state that the following document was electronically filed with the U.S. Bankruptcy Court for the District of Massachusetts by using the CM/ECF system. The following document was electronically sent to the parties who are currently on the list to receive e-mail notices in this case.

Date:   June 1, 2026

*/s/ Brendan T. Mockler*
BRENDAN T. MOCKLER
Assistant United States Attorney