**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| In re:<br><br>**ASHLEY M. GJOVIK**<br><br>    Debtor.<br><br>———————————————<br><br>**ASHLEY M. GJOVIK**<br><br>    Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION**<br><br>    Defendant. | **Adversary Proceeding**<br>No. 25-01104-CJP<br><br><br>**Judge:** The Honorable Judge Panos |

### PLAINTIFF'S MOTION TO CORRECT EMAIL ADDRESS ON THE ADVERSARY PROCEEDING RECORD

The Plaintiff, Ashley Gjovik (the "Plaintiff"), requests the Clerk to correct the Debtor's email address as reflected in the record of this adversary proceeding, and in support states as follows:

1. This adversary proceeding, No. 25-01104, arises in the Plaintiff's Chapter 7 case, No. 25-11496, and seeks a determination of the dischargeability of certain student loan obligations under 11 U.S.C. § 523(a)(8).

2. The email address for the Debtor presently reflected in the Court's case record contains a typographical error and is incorrect, reading "ashleymgovok@protonmail.com". See Exhibit A.

3. Upon information and belief, the incorrect email address was carried over from the Court's record in the main case, No. 25-11496, in which the same typographical error appears and a concurrent motion to correct is filed.

4.  The Plaintiff's correct email address is set forth on page 9 of the voluntary petition, filed as Docket No. 1 in case No. 25-11496, and is "ashleymgjovik@protonmail.com". See Exhibit B.

5.  The correction sought is clerical in nature. It does not affect any substantive right of any party and will ensure that the Plaintiff timely receives notices and other communications during this proceeding and after this proceeding concludes. A corresponding motion to correct the same error has been, or is being, filed in the main case.

**WHEREFORE**, the Plaintiff respectfully requests the Clerk to correct the Plaintiff's email address in the record of this adversary proceeding to conform to the address set forth on page 9 of the voluntary petition (Docket No. 1 in Case No. 25-11496).

Dated: June 1, 2026

Respectfully submitted,
Ashley Gjovik

**/s/ Ashley M. Gjovik**
Ashley Gjovik (*pro se*)
Filed June 1 2026 in San José, California
(415) 964-6272
ashleymgjovik@protonmail.com
2108 N. St. Ste. 4553,
Sacramento, CA 95816

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this filing will be served upon the Court, Trustee, and Parties via the Court's electronic filing system (when the pro se clerk posts it).

**/s/ Ashley M. Gjovik**
**Party**: Ashley Gjovik (*pro se*)
**Dated**: June 1 2026

**EXHIBIT A**

> Ashley Marie Gjovik
> 2108 N. St, Ste 4553
> Sacramento, CA 95816
> 415-964-6272
> ashleymgovok@protonmail.com
> SSN / ITIN: xxx-xx-2419
> Added: 07/21/2025
> (Debtor)
> PRO SE

The above screenshot is from: PACER "Parties" tab for cases 25-11496 & 25-01104.

**EXHIBIT B**

The above screenshot was taken from the Petition for bankrucpy filed at Dkt. 1, page 9, in case 25-11496.