09/21/2026 GRANTED. THE STIPULATION IS APPROVED AND AN AGREED JUDGMENT WILL ENTER.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01104-CJP |

**ASSENTED-TO MOTION TO APPROVE STIPULATION**

For the reasons stated in the stipulation, plaintiff Ashley Marie Gjovik and defendant U.S. Department of Education (the "DOE"), hereby request that the Court enter an order approving the stipulation, and enter judgment, pursuant to 11 U.S.C. § 523(a)(8), in favor of plaintiff Ashley Marie Gjovik and against the defendant.

The plaintiff has reviewed this motion, the stipulation, and proposed judgment, and assents to the relief requested.