UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01104-CJP |

**AGREED JUDGMENT**

The entire student loan debt owed by plaintiff Ashley Marie Gjovik to defendant U.S. Department of Education is hereby discharged pursuant to 11 U.S.C. § 523(a)(8).

Dated: September 21, 2026

Christopher J. Panos
United States Bankruptcy Judge