United States Bankruptcy Court
District of Massachusetts

Gjovik,
Plaintiff
U.S. Department of Education Maximus d.b,
Defendant

Adv. Proc. No. 25-01104-cjp

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 21, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ashley Marie Gjovik, 2108 N. St,. Ste 4553, Sacramento, CA 95816-5712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brendan T. Mockler | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage brendan.mockler@usdoj.gov USAMA.bankruptcy@usdoj.gov |
| Stephanie Sprague | on behalf of Defendant U.S. Department of Education Maximus d.b.a. Aidvantage Stephanie.Sprague@huschblackwell.com docket.wdc@huschblackwell.com |

TOTAL: 2

09/21/2026 GRANTED. THE STIPULATION IS APPROVED AND AN AGREED JUDGMENT WILL ENTER.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ASHLEY MARIE GJOVIK,<br><br>Debtor. | Case No. 25- 11496-CJP<br>Chapter 7 |
| ASHLEY MARIE GJOVIK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et. al.*<br><br>Defendant, | Adv. Proc. No. 25-01104-CJP |

**ASSENTED-TO MOTION TO APPROVE STIPULATION**

For the reasons stated in the stipulation, plaintiff Ashley Marie Gjovik and defendant U.S. Department of Education (the "DOE"), hereby request that the Court enter an order approving the stipulation, and enter judgment, pursuant to 11 U.S.C. § 523(a)(8), in favor of plaintiff Ashley Marie Gjovik and against the defendant.

The plaintiff has reviewed this motion, the stipulation, and proposed judgment, and assents to the relief requested.